U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  FEB 1 5 2005

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NO. 00-383

KEVIN WILLIAMS, #27373-034              SECTION D

### ORDER

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.

☒ the motion is MOOT; no filing fee is required under Title 28 U.S.C. 2255.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:

_____

_____

_____

New Orleans, LA, this _15_ day of _Feb_ 20_05_.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
FEB 16 2005

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep__
___ Doc. No___