

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-30169

IN RE: KEVIN WILLIAMS,

          Movant.

---
Motion for an order authorizing
the United States District Court for the Eastern
District of Louisiana to consider
a successive 28 U.S.C. § 2255 motion
---

U.S. COURT OF APPEALS
**FILED**
APR 5 2005
CHARLES R. FULBRUGE III
CLERK

Before GARZA, STEWART, and PRADO, Circuit Judges.

PER CURIAM:

Kevin Williams, federal inmate # 27373-034, moves for authorization to file a successive 28 U.S.C. § 2255 motion. Williams wishes to challenge his conviction and 168-month sentence for conspiracy to possess to distribute cocaine and distribution of cocaine as unconstitutional under <u>United States v. Booker</u>, 125 S. Ct. 738 (2005), <u>Blakely v. Washington</u>, 124 S. Ct. 2531 (2004), and <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000).

To obtain authorization, Williams must demonstrate that his claims rely on newly discovered evidence or "a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable."

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

ORDER
No. 05-30169
-2-

28 U.S.C. § 2255. Williams's proposed motion does not rely on newly discovered evidence. Nor has Williams shown that the Supreme Court has held that <u>Booker</u>, <u>Blakely</u>, <u>Apprendi</u>, or any of the cases on which he relies apply retroactively to cases on collateral review. <u>See</u> <u>Tyler v. Cain</u>, 533 U.S. 656, 662-63 (2001).

IT IS ORDERED that Williams's motion for authorization to file a successive 28 U.S.C. § 2255 motion is DENIED.

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana   APR 0 5 2005

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

April 5, 2005

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 05-30169 In Re: Williams
      USDC No. 2:00-CR-383

Enclosed is a certified copy of the judgment issued as the mandate.

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

      By: _____
          Dianah Gallo, Deputy Clerk
      504-310-7719

cc: w/encl:
    Mr Kevin Williams

MDT-1