UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*
*FILED JAN - 5 2006*
*LORETTA G. WHYTE CLERK*

December 2, 2005

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130

05-31102

*U.S. COURT OF APPEALS RECEIVED DEC 1 4 2005 NEW ORLEANS, LA.*

IN RE:   CR   00-383, D
USA v. Kevin Williams

Dear Mr. Fulbruge:

On November 21, 2005, the Honorable A. J. McNamara, United States District Court Judge for this district, entered an order pursuant to 28 U.S.C. 1631 transferring the attached pleading listed below for a determination of whether a petition or motion should be allowed. Also enclosed is a certified copy of the order of transfer and the docket sheet.

__X__   Motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. 2255

_____   Habeas Corpus petition filed under 28 U.S.C. 2254

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

LORETTA G. WHYTE, CLERK

By: _____
       Deputy Clerk

Enclosure

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____