Case 2:00-cr-00383-AJM   Document 90   Filed 02/06/2006   Page 1 of 1

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  FEB - 6 2006

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 05-31102

CK00-383 D

In Re: KEVIN WILLIAMS

       Movant

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 1, 2006

Charles R. Fulbruge III
Clerk

---

Transfer from the United States District Court for the Eastern District of Louisiana, New Orleans, USDC No. 2:05-CV-5018

---

CLERK'S OFFICE:

Authorization to file successive 2255 motion is denied for failure to comply with this Court's notice of December 15, 2005.

                        CHARLES R. FULBRUGE III
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _Dawn D. Victoriano_
                     Dawn D. Victoriano, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X  Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_

A true copy
Test

Clerk, U.S. Court of Appeals, Fifth Circuit

By _Dawn D. Victoriano_
             Deputy 2-1-06
New Orleans, Louisiana