

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-31102

CR 00-383 D

IN RE: KEVIN WILLIAMS,

Movant.

U.S. COURT OF APPEALS
FILED

MAR 0 7 2006

CHARLES R. FULBRUGE III
CLERK

--------------------

Motion for an order authorizing
the United States District Court for the Eastern
District of Louisiana to consider
a successive 28 U.S.C. § 2255 motion

--------------------

Before HIGGINBOTHAM, SMITH, and STEWART, Circuit Judges.

PER CURIAM:

    Kevin Williams, federal inmate # 27373-034, moves for
authorization to file a successive 28 U.S.C. § 2255 motion.
Williams argues that his claim of actual innocence is newly
discovered evidence that entitles him to authorization.  To
obtain authorization, Williams must demonstrate that his claims
rely on newly discovered evidence or "a new rule of
constitutional law, made retroactive to cases on collateral
review by the Supreme Court, that was previously unavailable."
28 U.S.C. § 2255.

    Williams's actual innocence claim, however, is nothing more
than an unavailing legal theory and has nothing to do with
"evidence."  See Herrera v. Collins, 506 U.S. 390, 400 (1993); In

Fee
Process
X Dktd
CtRmDep
Doc. No.

O R D E R
No. 05-31102
-2-

re Elwood, 408 F.3d 211, 213 (5th Cir. 2005).  Accordingly, IT IS

ORDERED that Williams's motion for authorization to file a

successive 28 U.S.C. § 2255 motion is DENIED.  Because the

instant filing represents Williams's third post-conviction

challenge to his sentence based on the sentencing enhancement for

possession of a firearm, he is WARNED that the filing of any

further motions for authorization that do not comply with the

criteria for filing such motions will result in the imposition of

sanctions.



# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

---

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 on **April 24, 2006**. All correspondence expected to arrive at the court on or after April 24, 2006 must be sent to this address.

---

March 7, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

        No. 05-31102 In Re: Williams
            USDC No.  2:05-CV-5018
                      2:00-CR-383

Enclosed is a certified copy of the judgment issued as the mandate.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    By: _____
                        Cindy Broadhead, Deputy Clerk
                        504-310-7707

cc: w/encl:
    Mr Kevin Williams

MDT-1