FILED '08 MAY 07 10:33 USDC-LAE

LAED 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>KEVIN WILLIAMS | )<br>)<br>) Case No: 00-383 "D"<br>) USM No: 27374-034 |
| Date of Previous Judgment: 09/27/2001<br>(Use Date of Last Amended Judgment if Applicable) | ) John Musser, IV<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **168** months **is reduced to** **135 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
   If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

**III. ADDITIONAL COMMENTS**
   This reduction in sentence applies to Counts 1 and 3 of the Superceding Indictment.

Except as provided above, all provisions of the judgment dated **09/27/2001** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 05/06/2008

Effective Date: 05/20/2008
(if different from order date)

_A.J. MCNAMARA, U.S. DISTRICT JUDGE_
Printed name and title

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.